# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH GAMON,** | : | **Civil No. 1:20-CV-79** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JOSHUA BELL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this 22d day of June 2020, in accordance with the accompanying memorandum opinion, the defendants' motions to dismiss (Docs. 2, 10) are GRANTED. The complaint will be dismissed with prejudice as to the claim against Defendant Poorman, as Gamon failed to exhaust his administrative remedies as to this claim and defendant. However, the plaintiff's complaint against Officers Bell and Gardner will be dismissed without prejudice to allow the plaintiff an opportunity to remedy the pleading deficiencies that we have identified with respect to these claims provided the defendant files an amended complaint on or before **July 13, 2020.**

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge